**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Patricia DARDEN, Defendant–Appellant.**

**No. 12–7402.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 13, 2012.

Decided: Nov. 16, 2012.

Patricia Darden, Appellant Pro Se. Olivia L. Norman, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia Darden appeals the district court's order denying her 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Darden*, No. 3:03–cr–00291–HEH–2 (E.D.Va. Aug. 3, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*